THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT WRIGHT, Defendant-Appellant.

(No. 71-233; ▮▮▮▮▮▮▮▮

Second District—September 11, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of Defender Project, of Elgin, (Kenneth L. Gillis, of counsel) for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Malcolm F. Smith, Assistant State's Attorney, of counsel,) for the People.